United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division

IN RE Bernice Powell )  Case No.  07 B 18674
     Henry K. Powell )  Judge   A. Benjamin Goldgar
     Debtor(s) )

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on October 10, 2007, (as modified by the amendment filed on __11/21/07__) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C §§541 and 1306, shall continue to be property of the estate following confirmation.

Dated:  **DEC 0 4 2007**

A. Benjamin Goldgar
US Bankruptcy Judge

Non-binding Plan Summary:

| Monthly Payment | Term | Estimated UNS % |
|---|---|---|
| $460.57 | 60 | 10% |

Marilyn O. Marshall
Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500
(312) 431-1300