File No. 1694-9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Bernice Powell<br>Henry Keith Powell, | Case No. 07-018674 |
| | Honorable Judge Goldgar |
| Debtors. | |

### RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes, Litton Loan Servicing, LP and files this Response to the Trustee's Notice of Final Mortgage Cure Amount and in support states as follows:

1. That on June 26, 2009, Chapter 13 Marilyn O. Marshall filed a Notice of Payment of Final Mortgage Cure Amount. The Notice was subsequently served on Litton and required it to file a response within sixty days of said Notice if the loan is not post-petition current. This response is being filed within that time frame.

2. The Debtors are not current on their post-petition mortgage payments regarding Litton's second mortgage regarding the real estate located at: 936 Hinman Avenue Unit G, Evanston, Illinois 60202 ("Real Estate").

3. That since there is a post petition default the mortgage should not be considered fully reinstated.

4. The loan is post petition due for May 1, 2008. The following is due and owing:

    i. May 1, 2008 to August 1, 2009 at $481.24 each for a total of $7,700.64; and,

    ii. Late charges of $409.02;

That the total post petition default totals $8,109.66. That based upon Debtor's post-petition default, the mortgagee is not required to treat the mortgage reinstated and fully current. That the creditor reserves the right to amend this response.

                                          Respectfully submitted,

                                          /s/  Mitchell A. Lieberman
                                        Attorney for Litton Loan Servicing, LP
                                        Noonan & Lieberman, Ltd.
                                        105 W. Adams, Suite 3000
                                        Chicago, Illinois 60603
                                        (312) 431-1455